JOHN S. KEDROVSKY, as Delegate of the HOLY SYNOD AND ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH, Respondent, *v.* PLATON ROJDESVENSKY et al., Appellants.

*Religious associations — action to determine right of occupancy of church property.*

*Kedrovsky* v. *Rojdesvensky,* 214 App. Div. 483, affirmed.

(Argued January 20, 1926; decided March 30, 1926.)

APPEAL from a judgment, entered December 4, 1925, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendants entered upon a decision of the court on trial at Special Term and directing judgment in favor of plaintiff. The action was brought to prevent the defendants from occupying the Cathedral of St. Nicholas in New York, because it was alleged that the defendants were not the Archbishop and Dean of this Russian Orthodox Greek Catholic Church, as they asserted, and were in their occupancy diverting the property of the church from the trust to which it was subject, to wit, the occupancy by the accredited Archbishop of the North American Diocese of the Russian Orthodox Church and the Dean of the Cathedral.

*Thomas H. Mahony, George Zabriskie, George Gordon Battle* and *Charles J. Katzenstein* for appellants.

*Ralph M. Frink* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO, J.